IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DEBORAH PARIS )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>FAITH PROPERTIES, INC., FAITH )<br>CHRISTIAN SCHOOL, SCOTT GRASS )<br>    Defendants. ) | Case No. 4:08-CV-00071 |

# RULE 7.1 DISCLOSURE STATEMENT

COME NOW the Defendants, Faith Properties, Inc., Faith Christian School, Inc. and Scott Grass, by counsel, and hereby file their Disclosure Statement.

The Defendants state that there is no parent corporation of any Defendant in this cause and there is no publicly held corporation that owns 10% or more of the stock of any Defendant.

For the Court's information:

Defendant Faith Properties, Inc. is an Indiana nonprofit corporation with its principal offices in Lafayette, Tippecanoe County, Indiana.

Defendant Faith Christian School, Inc. is an Indiana non-profit corporation with its principal offices in Lafayette, Tippecanoe County, Indiana.

Defendant Scott Grass is an individual who resides in Lafayette, Tippecanoe County, Indiana, who is an employee of Faith Christian School, Inc.

On behalf of Defendants, Faith Properties, Inc., Faith Christian School, Inc. and Scott Grass, the undersigned counsel certifies that the foregoing corporate disclosure will be supplemented within a reasonable time in the event of any change in the information reflected above.

Respectfully submitted this 22nd day of October, 2008.

  /s/ Paul D. Refior\
Paul D. Refior ("Rafe")\
Attorney No. 6373-98\
REFIOR LAW OFFICE\
347 N. Buffalo St.\
Warsaw, IN   46580\
TEL:   574-269-6649\
FAX:   574-269-7487\
EMAIL:   paul@refior.com\
Attorney for Defendants\
    Faith Properties, Inc.\
    Faith Christian School, Inc.\
    Scott Grass

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Daniel C. Kuzman, Esq.\
Law Office of Daniel C. Kuzman\
2624 W. Lincoln Highway\
Merrillville, IN  46410

Robert D. Goldstein, Esq.\
GAREN LUCOW MILLER, PC\
8332 Office Park Dr.\
Grand Blanc, MI  48429

  /s/ Paul D. Refior\
Paul D. Refior

rmw\R:\+Lafayette\Faith Christian School\Paris #2 (Federal)\Pleadings\Disclosure Statement.doc